TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00331-CR

NO. 03-00-00332-CR

NO. 03-00-00333-CR

Martha Georg, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY

NOS. 99-4069-1, 99-4070-1 & 99-4071-1

HONORABLE KEVIN HENDERSON, JUDGE PRESIDING

PER CURIAM

Appellant's amended motions to dismiss these appeals are granted and the original
motions are dismissed. See Tex. R. App. P. 42.2(a). The appeals are dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Appellant's Motion

Filed: September 14, 2000

Do Not Publish